December 8, 1978

397 A.2d 1245

Commonwealth v. Newberry, Appellant.

Submitted March 13, 1978. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, President Judge, dissenting.

I respectfully dissent and would remand this case for an evidentiary hearing on appellant's Post Conviction Hearing Act petition.

PRICE, J., joined in this dissenting statement.

HOFFMAN, J., did not participate in the consideration or decision of this case.